UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY OSTERHOUT,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>MEDICAL STAFF AT FMWCC, et al.,<br><br>　　　　　　　　Defendants | Case No. 2:24-cv-01729-GMN-MDC<br><br>**ORDER** |

**I.　DISCUSSION**

On September 23, 2024, the Court gave Plaintiff until November 20, 2024, to file a fully complete application to proceed *in forma pauperis* or pay the $405 filing fee. (ECF No. 3). Plaintiff has filed a financial certificate and a copy of her prison trust fund account statement for the previous six-month period, but she has not filed an actual application to proceed *in forma pauperis*. (ECF No. 4).

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments.

*See* 28 U.S.C. § 1915(b). The Court will grant Plaintiff one final extension of time until **January 6, 2025**, to either pay the filing fee or file a complete application to proceed *in forma pauperis*.

**II.      CONCLUSION**

For the foregoing reasons, it is ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that Plaintiff has **until January 6, 2025**, to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis*.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED THIS 4th day of December 2024.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE